ARTHUR ZIMMERMAN and JOSEPH ZIMMERMAN, Doing Business under the Assumed Name and Style of ZIMMERMAN BROS., Respondents, v. THE DENTISTS' SUPPLY COMPANY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion to dismiss the complaint.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

MARY A. MAXWELL, Respondent, v. COUNTY OF MONROE, Appellant.— Order affirmed, with ten dollars costs and disbursements. Memorandum: It is our view that, in order to allege a good cause of action, plaintiff is not required to negative the facts which would constitute a good defense. It is the duty of defendant to plead facts which will show that it was exercising a governmental function. (Engels v. City of New York, 168 Misc. 753; affd., 256 App. Div. 992; affd., 281 N. Y. 650.) The cases relied upon by defendant, such as Nichitta v. City of New York (223 App. Div. 428; affd., 250 N. Y. 530), are distinguishable. Those cases went to trial, and the defense of governmental function was established. All concur. (The order denies defendant's motion to dismiss the complaint.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

JAMES P. FREARSON, an Infant, by His Guardian ad Litem, EDWARD D. FREARSON, Respondent, v. MABEL F. GOEHRINGER, Appellant.— Order modified on the law and as modified affirmed, without costs. All concur, except Crosby, P. J., and McCurn, J., who dissent and vote for reversal and for granting of the motion. (The portion of the order appealed from denies defendant's motion to dismiss the complaint.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH CURRIER, REGINALD LEWIS, CHARLES WRIGHT, JOSEPH CALUS, JOSEPH MATLA and AUDREY OAKES, Appellants.— Judgment of conviction and orders affirmed. All concur. (The judgment convicts defendants of the crime of assault, third degree. The orders deny motions for a new trial and for arrest of judgment.) Present — Crosby, P. J. Cunningham, Dowling, Harris and McCurn, JJ.